**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZORAN LUKOVIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 08-CV-141 |
| | ) |
| HARVARD COLLECTION SERVICES, INC. | ) Judge Moran |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS**

NOW COMES the Plaintiff, **ZORAN LUKOVIC**, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, HARVARD COLLECTION SERVICES, INC., with prejudice and without costs to be paid to any party.

                                                    Respectfully Submitted,
                                                    **ZORAN LUKOVIC**

                                                    By: _____/s Larry P. Smith_____
                                                           Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911