**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZORAN LUKOVIC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) Civil Action No. 08-CV-141 |
| | ) |
| HARVARD COLLECTION SERVICES, INC. | ) Judge Moran |
| | ) |
|     Defendant. | ) |

**NOTICE OF FILING**

HARVARD COLLECTION SERVICES, INC.
Attn: Legal Department
2227 N. Champlain
Arlington Heights, IL 60004

    PLEASE TAKE NOTICE THAT On February 18, 2008, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Voluntary Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice by depositing the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on February  18 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                                  By: _____*/s Larry P. Smith*_____
                                                               Attorney for Plaintiff
                                                               Attorney for Plaintiff